# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-po-00221-SAB |
|---|---|
| Plaintiff, | ) **DEFENDANT'S STATUS REPORT ON** |
| v. | ) **UNSUPERVISED PROBATION** |
| DANIEL LEE EVERSON, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 2.10(b)(4) Creating Unreasonable Noise

**Sentence Date:** March 21, 2019

**Review Hearing Date:** January 16, 2020

**Probation Expires On:** March 20, 2020

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $40.00 which Total Amount is made up of a Fine: $ 10.00 Special Assessment: $   Processing Fee: $ 30.00   Restitution: $

☐ Payment schedule of $   per month by the   of each month.

☒ **Community Service hours Imposed of:** 50

☐ **Other Conditions:**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                       Amount:
☐ To date, Defendant has performed   hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/16/2020 at 10:00 AM

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

☒ that Defendant's probation be terminated early.

DATED: 1/6/2020                /s/ CAROL ANN MOSES
                                                               DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated. Counsel will have to file a motion to terminate early Defendant's probation (sample form available on Court's website under Judge Boone).

☐ DENIED.

IT IS SO ORDERED.

Dated: **January 8, 2020**                      /s/ Jennifer A. Boone
                                                                  UNITED STATES MAGISTRATE JUDGE