**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
DANIEL LEE EVERSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> DANIEL LEE EVERSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:18-po-00221-SAB <br><br> JOINT MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(c) AND ORDER <br><br> Judge: Hon. Stanley A. Boone |

The parties by and between the parties hereto, through their respective counsel, WILLIAM B. TAYLOR, Special Assistant United States Attorney, counsel for plaintiff, and CAROL ANN MOSES, counsel for Defendant, hereby move pursuant to 18 U.S.C. § 3564(c) to terminate early the Defendant's probation because the Defendant has satisfied all conditions of probation. Presently, the Defendant's probation is set to expire on March 20, 2020.

The Defendant was sentenced by this court on March 21, 2019 to 12 months of probation unsupervised with the conditions of probation to pay a $10 special assessment fee and a $30.00 processing fee, 50 hours of community service, and obey all laws.

The parties stipulate that the Defendant has completed all of his sentencing obligations by paying his fine, completing community service, and obeying all laws, therefore the parties request termination of the Defendant's probation at this time.

WHEREFORE, the parties request that the Defendant's term of probation be early terminated pursuant to 18 U.S.C. § 3564(c).

DATED: January 13, 2020     /s/ Carol Ann Moses
                            CAROL ANN MOSES
                            Attorney for Defendant,
                            DANIEL LEE EVERSON

DATED: January 13, 2020     /s/ William B. Taylor
                            WILLIAM B. TAYLOR
                            Special Assistant United States Attorney

**ORDER**

Pursuant to the joint motion of the parties to terminate early the Defendant's term of probation in Case No. 1:18-po-00221-SAB, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satified that such action is warranted by the conduct of the Defendant and that the termination is in the interst of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c).

IT IS SO ORDERED.

Dated: **January 13, 2020**

_____
UNITED STATES MAGISTRATE JUDGE